# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1125**  **September Term, 2023**

STB-FD 36500
STB-FD36500

**Filed On:** January 29, 2024

Union Pacific Railroad Company,

      Petitioner

    v.

Surface Transportation Board and United States of America,

      Respondents

------------------------------

Norfolk Southern Railway Company and Canadian Pacific Kansas City Limited,
      Intervenors

------------------------------

Consolidated with 23-1165, 23-1274

# O R D E R

Upon consideration of the unopposed motion to voluntarily dismiss appeal No. 23-1125, it is

**ORDERED** that the motion be granted, and No. 23-1125 be dismissed. It is

**FURTHER ORDERED** that the consolidation of No. 23-1125 with No. 23-1165, et al., be terminated. The briefing schedule established in the court's January 2, 2024 order remains in effect for No. 23-1165, et al.

The Clerk is directed to issue forthwith the mandate in No. 23-1125.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                           Lynda M. Flippin
                           Deputy Clerk